UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-9388 CAS (FFMx) | Date | December 18, 2012 |
|---|---|---|---|
| Title | EVANDER HOLYFIELD V. JULIEN ENTERTAINMENT.COM, INC., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(In Chambers:)** DEFENDANT'S EX PARTE APPLICATION TO CONTINUE DEFENDANT'S RESPONSE TO FIRST AMENDED COMPLAINT (Docket #56, filed December 11, 2012)

The facts are known to the parties. On December 11, 2012, defendants filed an ex parte application to extend by one week the deadline for filing an answer to plaintiff's complaint. In light of the Court's December 12, 2012 order staying the case pending arbitration, the Court hereby DENIES the ex parte application as moot.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |